UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TESTA PRODUCE, INC., an Illinois Corporation<br>        Plaintiff,<br>v.<br><br>1204 N. STATE PARKWAY CORP. d/b/a P. J. CLARKE'S, INC., 1141 WEST ARMITAGE LLC d/b/a P. J. CLARKE'S III, 302 E. ILLINOIS STREET, LLC d/b/a P. J. CLARKE'S EAST, and JONATHAN SEGAL, MICHAEL SEGAL, JOY SEGAL, TERRY NEWMAN and MARK VESELACK, individually,<br>        Defendants. | )<br>)  Case No.<br>)<br>)   FILED: AUGUST 22, 2008<br>)   08CV4810<br>)   JUDGE LINDBERG<br>)   MAGISTRATE JUDGE ASHMAN<br>)   BR<br>) |

**COMPLAINT**

For its Complaint, Testa Produce, Inc., respectfully states as follows:

**THE PARTIES**

1. Plaintiff is Testa Produce, Inc. ("Plaintiff"), which maintains offices in Chicago, Illinois.

2. Plaintiff sells wholesale quantities of perishable agricultural commodities ("Produce") in interstate commerce and a beneficiary of the statutory trust created pursuant to the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c) ("PACA").

3. Defendants are:

a) 1204 N. State Parkway Corp. d/b/a P. J. Clarke's, Inc. ("P. J. Clarke's"), an Illinois corporation and an entity that purchased and/or sold Produce in wholesale or jobbing quantities;

b) 1141 West Armitage LLC d/b/a P. J. Clarke's III ("P. J. Clarke's III"), an entity currently in possession and control of some of P. J. Clarke's PACA trust assets.

  c) 302 E. Illinois Street LLC d/b/a P. J. Clarke's East ("P. J. Clarke's East"), an entity currently in possession and control of some of P. J. Clarke's PACA trust assets. (P. J. Clarke's, P. J. Clarke's III and P. J. Clarke's East are collectively referred to as the "Companies".)

  d) Jonathan Segal ("Jonathan"), in his individual capacity, and a person in a position to control one or more of the Companies.

  e) Michael Segal ("Michael"), in his individual capacity, and a person in a position to control one or more of the Companies.

  f) Joy Segal ("Joy"), in her individual capacity, and a person in a position to control one or more of the Companies.

  g) Terry Newman ("Newman"), in his individual capacity, and a person in a position to control one or more of the Companies.

  h) Mark Veselack ("Veselack"), in his individual capacity, and a person in a position to control one or more of the Companies.

(Jonathan, Michael, Joy, Newman and Veselack are collectively referred to as the "Principals".)(The Companies and Principals are collectively referred to as "Defendants")

## JURISDICTION AND VENUE

  4. The District Court has jurisdiction over this civil action arising under PACA pursuant to 28 U.S.C. § 1331. The Court has supplemental jurisdiction over Plaintiff's other claims pursuant to 28 U.S.C. § 1367(a).

  5. Venue in this District is based on 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this district.

**FACTUAL ALLEGATIONS**

6. Plaintiff sold to P. J. Clarke's and P. J. Clarke's purchased from Plaintiff, Produce having a current total aggregate value in the amount of $53,611.53[1] plus further interest and fees.

7. The Produce identified above was sold pursuant to the invoices issued by Plaintiff summarized in the chart attached hereto as Exhibit 1.

8. P. J. Clarke's received from the Plaintiff the invoices referenced in paragraph 7.

9. The Plaintiff sent to P. J. Clarke's, and P. J. Clarke's received and accepted, the Produce identified in the invoices referenced in paragraph 7.

10. Subsequent to receiving the Produce, P. J. Clarke's delivered some of the Produce referenced in paragraph 7 to P. J. Clarke's III and delivered some to P. J. Clarke's East.

11. P. J. Clarke's failed to pay the Plaintiff for its Produce despite repeated demands.

12. Plaintiff is an unpaid supplier or seller of Produce having sold Produce to P. J. Clarke's, for which Plaintiff remains unpaid.

13. Plaintiff operated its business under a valid PACA license issued by the United States Department of Agriculture ("USDA") and its invoices contained the required statutory language and were sent to Defendants within the statutory time limits, sufficient to preserve Plaintiff's PACA trust rights.

14. Pursuant to PACA, 7 U.S.C. § 499e(c), Plaintiff is a beneficiary of a statutory trust *res* designed as a fund from which it can be assured payment. The trust became effective at the time Defendants first began accepting shipments of Produce.

---

[1] All references to this amount include interest and estimated collection costs including fees, as itemized with current invoice balance in the chart attached in Exhibit 1.

## COUNT I.

### ENFORCEMENT OF THE PACA TRUST
### 7 U.S.C. § 499e(c)(4)

### Defendants

15. Plaintiff re-alleges paragraphs 1 through 14.

16. The Defendants are in possession, custody and control of PACA trust assets for the benefit of Plaintiff and other similarly situated PACA trust beneficiaries.

17. The Defendants failed to pay Plaintiff from the PACA trust assets for the shipments of Produce referenced in paragraph 7.

18. The Defendants failed to maintain sufficient trust assets to fully satisfy all qualified PACA trust claims such as the Plaintiff's unpaid claims asserted in this action.

19. As a direct result of the Defendants' failure to properly protect the PACA trust assets from dissipation, Plaintiff suffered damages, which are covered under the PACA trust in the current amount of $53,611.53.

20. Plaintiff seeks the entry of an Order directing the Defendants to immediately turn over to Plaintiff, as beneficiary of this trust, an amount of the PACA trust *res* equal to the sum of $53,611.53, plus further interest and fees.

## COUNT II.

### BREACH OF CONTRACT

### P. J. Clarke's

21. Plaintiff re-alleges paragraphs 1 through 14.

22. Plaintiff and P. J. Clarke's entered into contracts under which Plaintiff agreed to sell the Produce and the Company agreed to purchase the Produce, referenced in paragraph 7 above.

23. P. J. Clarke's failed to pay for each shipment of Produce in the aggregate amount of $53,611.53.

24. Plaintiff seeks entry of an Order directing P. J. Clarke's to immediately pay the current sum of $53,611.53 to the Plaintiff, plus further interest and fees.

## COUNT III.

### BREACH OF FIDUCIARY DUTY TO PACA TRUST BENEFICIARIES

### The Principals

25. Plaintiff realleges paragraphs 1 through 14.

26. At all times relevant to this action, the Principals were each persons in a position to control substantially all aspects of the Companies' business undertakings.

27. At all times relevant to this action, the Principals were persons engaged in the business of buying or selling Produce.

28. Principals controlled and managed the Companies' business operations and had control over the Companies' financial dealings, including those involving the PACA trust assets.

29. Principals had full knowledge and responsibility for the handling of the Companies' PACA trust undertakings.

30. Principals were statutory trustees of the PACA trust and were required to maintain the trust assets in such a manner as to ensure there were, at all times, sufficient trust assets to satisfy all outstanding PACA trust obligations such as that owed to Plaintiff. As trustees of the PACA trust, Principals each held a fiduciary relationship with Plaintiff.

31. Because Plaintiff's invoices have not been paid from PACA trust assets as its bills fell due, Plaintiff has reason to believe Principals dissipated the PACA trust or transferred trust

assets to entities having claims which are subordinate to the Plaintiff's claims to the detriment of the Plaintiff and all other equally situated and properly qualified PACA trust beneficiaries.

32. Principals continue to hold any and all PACA Trust assets having come into their individual possession as trustees for Plaintiff's beneficial interests in the PACA trust.

33. Principals are each personally liable to Plaintiff, which liability is joint and several with any third parties having received any PACA trust assets with actual or constructive notice of the breach of the PACA trust, for the dissipation of the PACA trust to the extent of $53,611.53, plus further interest and fees, to be satisfied from the personal assets of the Principals.

## COUNT IV.

## DISGORGEMENT OF PACA TRUST ASSETS

### P. J. Clarke's III and P. J Clarke's East

34. Plaintiff realleges paragraphs 1 through 14.

35. As stated in paragraph 10, subsequent to the receipt of the Produce P. J. Clarke delivered some of the Produce to P. J. Clarke's III and P. J. Clarke's East.

36. P. J. Clarke III and P. J. Clarke East are currently in possession, custody and control of PACA trust assets for the benefit of Plaintiff and other similarly situated PACA trust beneficiaries.

37. P. J. Clarke III and P. J. Clarke East have knowledge of the nature of P. J. Clarke's business and its severe financial distress, and are aware that P. J. Clarke's assets are impressed with the PACA trust.

38. Plaintiff seeks the entry of an Order directing P. J. Clarke III and P. J. Clarke East to immediately turn over the PACA trust res to Plaintiff, as beneficiary of this trust.

**FOR THESE REASONS,** Plaintiff seeks the entry of an Order providing as follows:

A) As to Count I, directing the Defendants to assign, transfer, deliver and turn over to Plaintiff, or a designated escrow agent, all of the above described PACA trust assets sufficient to allow liquidation of such assets to the extent necessary to replenish the PACA trust to a sufficient level to satisfy any and all qualified PACA trust claims.

B) As to Count I, entering a Final Judgment in favor of Plaintiff and against the Defendants, on a joint and several basis, in the current amount of $53,611.53, plus further interest and fees, less any actual recovery on other Counts herein;

C) As to Count II, entering a Final Judgment in favor of Plaintiff and against P. J. Clarke's in the current amount of $53,611.53, plus further interest and fees, less any actual recovery on other Counts herein;

D) As to Count III, entering a Final Judgment in favor of Plaintiff and against Principals, on a joint and several basis with the Companies in Count I, finding that Principals' acts were a breach of their fiduciary duties to the PACA trust beneficiaries, resulting in a defalcation while acting in a fiduciary capacity, with damages to Plaintiff in the current amount of $53,611.53, plus further interest and fees, less any actual recovery on other Counts herein; and,

E) As to Count IV, directing P. J. Clarke's III and P. J. Clarke's East to assign, transfer, deliver and turn over to Plaintiff, or a designated escrow agent, all of the above described PACA trust assets sufficient to allow liquidation of such assets to the extent necessary to replenish the PACA trust to a sufficient level to satisfy any and all qualified PACA trust claims.

F) Providing such other relief this Honorable Court deems necessary.

Respectfully Submitted,

TESTA PRODUCE, INC.

By: s/Gretchen Wehrenberg Stewart
    One of Its Attorneys

7

David A. Adelman, Esq.
Gretchen Wehrenberg Stewart, Esq.
ADELMAN LAW OFFICES, P.C.
Attorneys for Plaintiff
1901 N. Roselle Road, Suite 800
Schaumburg, IL 60195
Tel: 847/301-4341
Fax: 847/301-4342
adelman@pacaenforcer.com
stewart@pacaenforcer.com

8

```
08CV4810
JUDGE LINDBERG
MAGISTRATE JUDGE ASHMAN
BR
```

**EXHIBIT 1**

PACA TRUST CHART

Claimant: Testa Produce
Date: 08/05/08

Debtor: P. J. Clarke's
Terms: 18% interest and fees

| Invoice Number | Date of Transcation | Payment Due | Notice Date | Invoice Amount | Current Balance | Trust Amount | No. of Days Overdue | Interest* on Trust Amt | Total Trust Amt. | Unsecured Amt. | Interest* on Unsecured Amt. | Total Unsecured Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1708388 | 11/10/07 | 11/20/07 | 11/10/07 | $ 175.30 | $ 175.30 | $ 175.30 | 259 | $ 22.39 | $ 197.69 | $ - | $ - | $ - |
| 1735454 | 01/03/08 | 01/13/08 | 01/03/08 | $ 497.98 | $ 497.98 | $ 401.81 | 205 | $ 40.62 | $ 442.43 | $ 96.17 | $ 9.72 | $ 105.89 |
| 1736037 | 01/04/08 | 01/14/08 | 01/04/08 | $ 214.05 | $ 214.05 | $ 214.05 | 204 | $ 21.53 | $ 235.58 | $ - | $ - | $ - |
| 1736049 | 01/04/08 | 01/14/08 | 01/04/08 | $ 33.35 | $ 33.35 | $ 33.35 | 204 | $ 3.36 | $ 36.71 | $ - | $ - | $ - |
| 1736772 | 01/05/08 | 01/15/08 | 01/05/08 | $ 240.19 | $ 240.19 | $ 225.88 | 203 | $ 22.61 | $ 248.49 | $ 14.31 | $ 1.43 | $ 15.74 |
| 1737122 | 01/05/08 | 01/15/08 | 01/05/08 | $ 34.40 | $ 34.40 | $ 17.90 | 203 | $ 1.79 | $ 19.69 | $ 16.50 | $ 1.65 | $ 18.15 |
| 1737307 | 01/07/08 | 01/17/08 | 01/07/08 | $ 543.48 | $ 467.67 | $ 366.59 | 201 | $ 36.34 | $ 402.93 | $ 101.08 | $ 10.02 | $ 111.10 |
| 1737963 | 01/08/08 | 01/18/08 | 01/08/08 | $ 217.24 | $ 217.24 | $ 169.13 | 200 | $ 16.68 | $ 185.81 | $ 48.11 | $ 4.75 | $ 52.86 |
| 1736459 | 01/09/08 | 01/19/08 | 01/09/08 | $ 84.50 | $ 84.50 | $ - | 199 | $ - | $ - | $ 84.50 | $ 8.29 | $ 92.79 |
| 1738417 | 01/09/08 | 01/19/08 | 01/09/08 | $ 338.14 | $ 338.14 | $ 338.14 | 199 | $ 33.18 | $ 371.32 | $ - | $ - | $ - |
| 1739008 | 01/10/08 | 01/20/08 | 01/10/08 | $ 239.04 | $ 239.04 | $ 195.28 | 198 | $ 19.07 | $ 214.35 | $ 43.76 | $ 4.27 | $ 48.03 |
| 1740425 | 01/12/08 | 01/22/08 | 01/12/08 | $ 425.78 | $ 425.78 | $ 425.78 | 196 | $ 41.15 | $ 466.93 | $ - | $ - | $ - |
| 1741182 | 01/14/08 | 01/24/08 | 01/14/08 | $ 816.56 | $ 816.56 | $ 750.67 | 194 | $ 71.82 | $ 822.49 | $ 65.89 | $ 6.30 | $ 72.19 |
| 1741583 | 01/14/08 | 01/24/08 | 01/14/08 | $ 41.90 | $ 41.90 | $ 41.90 | 194 | $ 4.01 | $ 45.91 | $ - | $ - | $ - |
| 1742252 | 01/16/08 | 01/26/08 | 01/16/08 | $ 290.22 | $ 290.22 | $ 264.93 | 192 | $ 25.08 | $ 290.01 | $ 25.29 | $ 2.39 | $ 27.68 |
| 1743579 | 01/18/08 | 01/28/08 | 01/18/08 | $ 455.78 | $ 455.78 | $ 388.18 | 190 | $ 36.37 | $ 424.55 | $ 67.60 | $ 6.33 | $ 73.93 |
| 1744363 | 01/19/08 | 01/29/08 | 01/19/08 | $ 498.24 | $ 498.24 | $ 478.90 | 189 | $ 44.64 | $ 523.54 | $ 19.34 | $ 1.80 | $ 21.14 |
| 1744881 | 01/19/08 | 01/29/08 | 01/19/08 | $ 135.99 | $ 135.99 | $ 61.80 | 189 | $ 5.76 | $ 67.56 | $ 74.19 | $ 6.91 | $ 81.10 |
| 1745040 | 01/21/08 | 01/31/08 | 01/21/08 | $ 508.33 | $ 508.33 | $ 508.33 | 187 | $ 46.88 | $ 555.21 | $ - | $ - | $ - |
| 1745502 | 01/22/08 | 02/01/08 | 01/22/08 | $ 143.10 | $ 143.10 | $ 143.10 | 186 | $ 13.13 | $ 156.23 | $ - | $ - | $ - |
| 1746031 | 01/23/08 | 02/02/08 | 01/23/08 | $ 355.18 | $ 355.18 | $ 355.18 | 185 | $ 32.40 | $ 387.58 | $ - | $ - | $ - |
| 1747291 | 01/25/08 | 02/04/08 | 01/25/08 | $ 504.40 | $ 504.40 | $ 398.70 | 183 | $ 35.98 | $ 434.68 | $ 105.70 | $ 9.54 | $ 115.24 |
| 1748090 | 01/26/08 | 02/05/08 | 01/26/08 | $ 230.73 | $ 230.73 | $ 216.42 | 182 | $ 19.42 | $ 235.84 | $ 14.31 | $ 1.28 | $ 15.59 |
| 1749272 | 01/29/08 | 02/08/08 | 01/29/08 | $ 251.66 | $ 251.66 | $ 251.66 | 179 | $ 22.22 | $ 273.88 | $ - | $ - | $ - |
| 1749915 | 01/30/08 | 02/09/08 | 01/30/08 | $ 316.68 | $ 302.37 | $ 203.56 | 178 | $ 17.87 | $ 221.43 | $ 98.81 | $ 8.67 | $ 107.48 |
| 1750484 | 01/31/08 | 02/10/08 | 01/31/08 | $ 268.01 | $ 268.01 | $ 202.12 | 177 | $ 17.64 | $ 219.76 | $ 65.89 | $ 5.75 | $ 71.64 |
| 1750973 | 02/01/08 | 02/11/08 | 02/01/08 | $ 30.38 | $ 30.38 | $ - | 176 | $ - | $ - | $ 30.38 | $ 2.64 | $ 33.02 |
| 1751174 | 02/01/08 | 02/11/08 | 02/01/08 | $ 222.85 | $ 222.85 | $ 222.85 | 176 | $ 19.34 | $ 242.19 | $ - | $ - | $ - |
| 1751945 | 02/02/08 | 02/12/08 | 02/02/08 | $ 505.21 | $ 505.21 | $ 422.77 | 175 | $ 36.49 | $ 459.26 | $ 82.44 | $ 7.11 | $ 89.55 |
| 1751965 | 02/02/08 | 02/12/08 | 02/02/08 | $ 24.68 | $ 24.68 | $ 24.68 | 175 | $ 2.13 | $ 26.81 | $ - | $ - | $ - |
| 1752559 | 02/04/08 | 02/14/08 | 02/04/08 | $ 454.03 | $ 454.03 | $ 438.10 | 173 | $ 37.38 | $ 475.48 | $ 15.93 | $ 1.36 | $ 17.29 |
| 1753104 | 02/05/08 | 02/15/08 | 02/05/08 | $ 165.20 | $ 165.20 | $ 142.65 | 172 | $ 12.10 | $ 154.75 | $ 22.55 | $ 1.91 | $ 24.46 |
| 1753591 | 02/06/08 | 02/16/08 | 02/06/08 | $ 364.68 | $ 364.68 | $ 252.28 | 171 | $ 21.27 | $ 273.55 | $ 112.40 | $ 9.48 | $ 121.88 |
| 1754897 | 02/08/08 | 02/18/08 | 02/08/08 | $ 189.08 | $ 189.08 | $ 122.70 | 169 | $ 10.23 | $ 132.93 | $ 66.38 | $ 5.53 | $ 71.91 |
| 1755698 | 02/03/08 | 02/13/08 | 02/03/08 | $ 440.67 | $ 440.67 | $ 382.65 | 174 | $ 32.83 | $ 415.48 | $ 58.02 | $ 4.98 | $ 63.00 |
| 1756277 | 02/09/08 | 02/19/08 | 02/09/08 | $ 94.66 | $ 94.66 | $ 94.66 | 168 | $ 7.84 | $ 102.50 | $ - | $ - | $ - |
| 1756998 | 02/12/08 | 02/22/08 | 02/12/08 | $ 295.80 | $ 295.80 | $ 228.20 | 165 | $ 18.57 | $ 246.77 | $ 67.60 | $ 5.50 | $ 73.10 |
| 1757585 | 02/13/08 | 02/23/08 | 02/13/08 | $ 118.81 | $ 118.81 | $ 102.88 | 164 | $ 8.32 | $ 111.20 | $ 15.93 | $ 1.29 | $ 17.22 |
| 1758246 | 02/14/08 | 02/24/08 | 02/14/08 | $ 149.83 | $ 149.83 | $ 127.28 | 163 | $ 10.23 | $ 137.51 | $ 22.55 | $ 1.81 | $ 24.36 |
| 1759728 | 02/16/08 | 02/26/08 | 02/16/08 | $ 341.39 | $ 341.39 | $ 341.39 | 161 | $ 27.11 | $ 368.50 | $ - | $ - | $ - |
| 1761043 | 02/19/08 | 02/29/08 | 02/19/08 | $ 281.37 | $ 281.37 | $ 209.53 | 158 | $ 16.33 | $ 225.86 | $ 71.84 | $ 5.60 | $ 77.44 |
| 1761575 | 02/20/08 | 03/01/08 | 02/20/08 | $ 302.43 | $ 302.43 | $ 251.73 | 157 | $ 19.49 | $ 271.22 | $ 50.70 | $ 3.93 | $ 54.63 |
| 1762278 | 02/21/08 | 03/02/08 | 02/21/08 | $ 325.68 | $ 325.68 | $ 215.44 | 156 | $ 16.57 | $ 232.01 | $ 110.24 | $ 8.48 | $ 118.72 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1763725 | 02/23/08 | 03/04/08 | 02/23/08 | $ 403.88 | $ 403.88 | 154 | $ 30.67 | $ 434.55 | $ - | $ - | $ - |
| 1764321 | 02/23/08 | 03/04/08 | 02/23/08 | $ 69.94 | $ (39.74) | 154 | $ (3.02) | $ (42.76) | $ 109.68 | $ 8.33 | $ 118.01 |
| 1764487 | 02/25/08 | 03/06/08 | 02/25/08 | $ 357.07 | $ 334.52 | 152 | $ 25.08 | $ 359.60 | $ 22.55 | $ 1.69 | $ 24.24 |
| 1765064 | 02/26/08 | 03/07/08 | 02/26/08 | $ 220.00 | $ 220.00 | 151 | $ 16.38 | $ 236.38 | $ - | $ - | $ - |
| 1765547 | 02/27/08 | 03/08/08 | 02/27/08 | $ 175.01 | $ 159.08 | 150 | $ 11.77 | $ 170.85 | $ 15.93 | $ 1.18 | $ 17.11 |
| 1767158 | 02/29/08 | 03/10/08 | 02/29/08 | $ 271.81 | $ 249.93 | 148 | $ 18.24 | $ 268.17 | $ 21.88 | $ 1.60 | $ 23.48 |
| 1767647 | 03/01/08 | 03/11/08 | 03/01/08 | $ 455.57 | $ 388.94 | 147 | $ 28.20 | $ 417.14 | $ 66.63 | $ 4.83 | $ 71.46 |
| 1768192 | 03/01/08 | 03/11/08 | 03/01/08 | $ 54.16 | $ 54.16 | 147 | $ 3.93 | $ 58.09 | $ - | $ - | $ - |
| 1768351 | 03/03/08 | 03/13/08 | 03/03/08 | $ 453.78 | $ 431.23 | 145 | $ 30.84 | $ 462.07 | $ 22.55 | $ 1.61 | $ 24.16 |
| 1769587 | 03/05/08 | 03/15/08 | 03/05/08 | $ 500.92 | $ 430.01 | 143 | $ 30.32 | $ 460.33 | $ 70.91 | $ 5.00 | $ 75.91 |
| 1771608 | 03/08/08 | 03/18/08 | 03/08/08 | $ 638.40 | $ 577.07 | 140 | $ 39.84 | $ 616.91 | $ 61.33 | $ 4.23 | $ 65.56 |
| 1772129 | 03/08/08 | 03/18/08 | 03/08/08 | $ 151.74 | $ 78.90 | 140 | $ 5.45 | $ 84.35 | $ 72.84 | $ 5.03 | $ 77.87 |
| 1772798 | 03/11/08 | 03/21/08 | 03/11/08 | $ 715.74 | $ 671.98 | 137 | $ 45.40 | $ 717.38 | $ 43.76 | $ 2.96 | $ 46.72 |
| 1773468 | 03/12/08 | 03/22/08 | 03/12/08 | $ 168.29 | $ 118.56 | 136 | $ 7.95 | $ 126.51 | $ 49.73 | $ 3.34 | $ 53.07 |
| 1774055 | 03/13/08 | 03/23/08 | 03/13/08 | $ 250.95 | $ 234.05 | 135 | $ 15.58 | $ 249.63 | $ 16.90 | $ 1.13 | $ 18.03 |
| 1775671 | 03/15/08 | 03/25/08 | 03/15/08 | $ 800.86 | $ 662.49 | 133 | $ 43.45 | $ 705.94 | $ 138.37 | $ 9.08 | $ 147.45 |
| 1776342 | 03/17/08 | 03/27/08 | 03/17/08 | $ 555.66 | $ 526.06 | 131 | $ 33.98 | $ 560.04 | $ 29.60 | $ 1.91 | $ 31.51 |
| 1776892 | 03/18/08 | 03/28/08 | 03/18/08 | $ 332.42 | $ 332.42 | 130 | $ 21.31 | $ 353.73 | $ - | $ - | $ - |
| 1777528 | 03/19/08 | 03/29/08 | 03/19/08 | $ 237.72 | $ 187.99 | 129 | $ 11.96 | $ 199.95 | $ 49.73 | $ 3.16 | $ 52.89 |
| 1778119 | 03/20/08 | 03/30/08 | 03/20/08 | $ 220.63 | $ 220.63 | 128 | $ 13.93 | $ 234.56 | $ - | $ - | $ - |
| 1779580 | 03/22/08 | 04/01/08 | 03/22/08 | $ 712.68 | $ 679.85 | 126 | $ 42.24 | $ 722.09 | $ 32.83 | $ 2.04 | $ 34.87 |
| 1780109 | 03/22/08 | 04/01/08 | 03/22/08 | $ 14.40 | $ 14.40 | 126 | $ 0.89 | $ 15.29 | $ - | $ - | $ - |
| 1780231 | 03/24/08 | 04/03/08 | 03/24/08 | $ 444.13 | $ 410.33 | 124 | $ 25.09 | $ 435.42 | $ 33.80 | $ 2.07 | $ 35.87 |
| 1780693 | 03/25/08 | 04/04/08 | 03/25/08 | $ 163.08 | $ 163.08 | 123 | $ 9.89 | $ 172.97 | $ - | $ - | $ - |
| 1782065 | 03/27/08 | 04/06/08 | 03/27/08 | $ 415.84 | $ 326.03 | 121 | $ 19.45 | $ 345.48 | $ 89.81 | $ 5.36 | $ 95.17 |
| 1783493 | 03/29/08 | 04/08/08 | 03/29/08 | $ 1,024.20 | $ 545.20 | 119 | $ 32.00 | $ 577.20 | $ 479.00 | $ 28.11 | $ 507.11 |
| 1784007 | 03/29/08 | 04/08/08 | 03/29/08 | $ 110.71 | $ 62.15 | 119 | $ 3.65 | $ 65.80 | $ 48.56 | $ 2.85 | $ 51.41 |
| 1784194 | 03/31/08 | 04/10/08 | 03/31/08 | $ 400.83 | $ 400.83 | 117 | $ 23.13 | $ 423.96 | $ - | $ - | $ - |
| 1785444 | 04/02/08 | 04/12/08 | 04/02/08 | $ 369.71 | $ 301.05 | 115 | $ 17.07 | $ 318.12 | $ 68.66 | $ 3.89 | $ 72.55 |
| 1785879 | 04/02/08 | 04/12/08 | 04/02/08 | $ 76.01 | $ 76.01 | 115 | $ 4.31 | $ 80.32 | $ - | $ - | $ - |
| 1785482 | 04/03/08 | 04/13/08 | 04/03/08 | $ 9.98 | $ 9.98 | 114 | $ - | $ - | $ 9.98 | $ 0.56 | $ 10.54 |
| 1786097 | 04/03/08 | 04/13/08 | 04/03/08 | $ 293.63 | $ 276.73 | 114 | $ 15.56 | $ 292.29 | $ 16.90 | $ 0.95 | $ 17.85 |
| 1787643 | 04/05/08 | 04/15/08 | 04/05/08 | $ 1,774.61 | $ 817.21 | 112 | $ 45.14 | $ 862.35 | $ 957.40 | $ 52.88 | $ 1,010.28 |
| 1788223 | 04/05/08 | 04/15/08 | 04/05/08 | $ 103.24 | $ 103.24 | 112 | $ - | $ - | $ 103.24 | $ 5.70 | $ 108.94 |
| 1788388 | 04/07/08 | 04/17/08 | 04/07/08 | $ 378.56 | $ 378.56 | 110 | $ 20.54 | $ 399.10 | $ - | $ - | $ - |
| 1788814 | 04/07/08 | 04/17/08 | 04/07/08 | $ 46.70 | $ 46.70 | 110 | $ 2.53 | $ 49.23 | $ - | $ - | $ - |
| 1788712 | 04/08/08 | 04/18/08 | 04/08/08 | $ 16.90 | $ - | 109 | $ - | $ - | $ 16.90 | $ 0.91 | $ 17.81 |
| 1789654 | 04/09/08 | 04/19/08 | 04/09/08 | $ 419.24 | $ 363.86 | 108 | $ 19.38 | $ 383.24 | $ 55.38 | $ 2.95 | $ 58.33 |
| 1790238 | 04/10/08 | 04/20/08 | 04/10/08 | $ 113.41 | $ 113.41 | 107 | $ 5.98 | $ 119.39 | $ - | $ - | $ - |
| 1790810 | 04/11/08 | 04/21/08 | 04/11/08 | $ 10.90 | $ 10.90 | 106 | $ 0.57 | $ 11.47 | $ - | $ - | $ - |
| 1791868 | 04/12/08 | 04/22/08 | 04/12/08 | $ 769.75 | $ 736.92 | 105 | $ 38.16 | $ 775.08 | $ 32.83 | $ 1.70 | $ 34.53 |
| 1792589 | 04/14/08 | 04/24/08 | 04/14/08 | $ 464.99 | $ 448.09 | 103 | $ 22.76 | $ 470.85 | $ 16.90 | $ 0.86 | $ 17.76 |
| 1793916 | 04/16/08 | 04/26/08 | 04/16/08 | $ 371.15 | $ 283.75 | 101 | $ 14.13 | $ 297.88 | $ 87.40 | $ 4.35 | $ 91.75 |
| 1795350 | 04/18/08 | 04/28/08 | 04/18/08 | $ 317.54 | $ 283.11 | 99 | $ 13.82 | $ 296.93 | $ 34.43 | $ 1.68 | $ 36.11 |
| 1796199 | 04/19/08 | 04/29/08 | 04/19/08 | $ 741.18 | $ 691.45 | 98 | $ 33.42 | $ 724.87 | $ 49.73 | $ 2.40 | $ 52.13 |
| 1796919 | 04/21/08 | 05/01/08 | 04/21/08 | $ 342.40 | $ 342.40 | 96 | $ 16.21 | $ 358.61 | $ - | $ - | $ - |
| 1798207 | 04/23/08 | 05/03/08 | 04/23/08 | $ 431.60 | $ 319.81 | 94 | $ 14.83 | $ 334.64 | $ 111.79 | $ 5.18 | $ 116.97 |
| 1798735 | 04/23/08 | 05/03/08 | 04/23/08 | $ 97.61 | $ 82.18 | 94 | $ 3.81 | $ 85.99 | $ 15.43 | $ 0.72 | $ 16.15 |
| 1800339 | 04/26/08 | 05/06/08 | 04/26/08 | $ 852.05 | $ 762.24 | 91 | $ 34.21 | $ 796.45 | $ 89.81 | $ 4.03 | $ 93.84 |
| 1801111 | 04/28/08 | 05/08/08 | 04/28/08 | $ 277.30 | $ 260.40 | 89 | $ 11.43 | $ 271.83 | $ 16.90 | $ 0.74 | $ 17.64 |
| 1801631 | 04/28/08 | 05/08/08 | 04/28/08 | $ 81.33 | $ 65.88 | 89 | $ 2.89 | $ 68.77 | $ 15.45 | $ 0.68 | $ 16.13 |

| Invoice | Date1 | Date2 | Date3 | Amount1 | Amount2 | Days | Int1 | Amount3 | Rate | Amount4 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1801790 | 04/29/08 | 05/09/08 | 04/29/08 | $ 182.58 | $ 182.58 | $ 166.65 | 88 | $ 7.23 | $ 173.88 | $ 15.93 | $ 0.69 | $ 16.62 |
| 1803155 | 05/01/08 | 05/11/08 | 05/01/08 | $ 367.91 | $ 367.91 | $ 317.21 | 86 | $ 13.45 | $ 330.66 | $ 50.70 | $ 2.15 | $ 52.85 |
| 1804619 | 05/03/08 | 05/13/08 | 05/03/08 | $ 791.62 | $ 791.62 | $ 725.39 | 84 | $ 30.05 | $ 755.44 | $ 66.23 | $ 2.74 | $ 68.97 |
| 1805387 | 05/05/08 | 05/15/08 | 05/05/08 | $ 365.13 | $ 365.13 | $ 319.91 | 82 | $ 12.94 | $ 332.85 | $ 45.22 | $ 1.83 | $ 47.05 |
| 1806090 | 05/06/08 | 05/16/08 | 05/06/08 | $ 117.25 | $ 117.25 | $ 83.45 | 81 | $ 3.33 | $ 86.78 | $ 33.80 | $ 1.35 | $ 35.15 |
| 1806479 | 05/06/08 | 05/16/08 | 05/06/08 | $ 80.90 | $ 80.90 | $ 71.45 | 81 | $ 2.85 | $ 74.30 | $ 9.45 | $ 0.38 | $ 9.83 |
| 1807256 | 05/08/08 | 05/18/08 | 05/08/08 | $ 375.31 | $ 375.31 | $ 342.48 | 79 | $ 13.34 | $ 355.82 | $ 32.83 | $ 1.28 | $ 34.11 |
| 1808870 | 05/10/08 | 05/20/08 | 05/10/08 | $ 843.54 | $ 843.54 | $ 718.36 | 77 | $ 27.28 | $ 745.64 | $ 125.18 | $ 4.75 | $ 129.93 |
| 1809463 | 05/10/08 | 05/20/08 | 05/10/08 | $ 80.06 | $ 80.06 | $ 80.06 | 77 | $ 3.04 | $ 83.10 | $ - | $ - | $ - |
| 1810279 | 05/13/08 | 05/23/08 | 05/13/08 | $ 430.88 | $ 430.88 | $ 427.70 | 74 | $ 15.61 | $ 443.31 | $ 3.18 | $ 0.12 | $ 3.30 |
| 1810535 | 05/13/08 | 05/23/08 | 05/13/08 | $ 653.24 | $ 653.24 | $ 554.58 | 74 | $ 20.24 | $ 574.82 | $ 98.66 | $ 3.60 | $ 102.26 |
| 1811278 | 05/14/08 | 05/24/08 | 05/14/08 | $ 98.40 | $ 98.40 | $ 98.40 | 73 | $ 3.54 | $ 101.94 | $ - | $ - | $ - |
| 1812258 | 05/16/08 | 05/26/08 | 05/16/08 | $ 397.17 | $ 397.17 | $ 292.95 | 71 | $ 10.26 | $ 303.21 | $ 104.22 | $ 3.65 | $ 107.87 |
| 1812537 | 05/16/08 | 05/26/08 | 05/16/08 | $ 29.95 | $ 29.95 | $ 29.95 | 71 | $ 1.05 | $ 31.00 | $ - | $ - | $ - |
| 1813133 | 05/17/08 | 05/27/08 | 05/17/08 | $ 474.59 | $ 474.59 | $ 434.38 | 70 | $ 15.00 | $ 449.38 | $ 40.21 | $ 1.39 | $ 41.60 |
| 1813765 | 05/19/08 | 05/29/08 | 05/19/08 | $ 288.25 | $ 288.25 | $ 288.25 | 68 | $ 9.67 | $ 297.92 | $ - | $ - | $ - |
| 1814398 | 05/20/08 | 05/30/08 | 05/20/08 | $ 201.78 | $ 201.78 | $ 179.23 | 67 | $ 5.92 | $ 185.15 | $ 22.55 | $ 0.75 | $ 23.30 |
| 1815129 | 05/21/08 | 05/31/08 | 05/21/08 | $ 267.41 | $ 267.41 | $ 241.89 | 66 | $ 7.87 | $ 249.76 | $ 25.52 | $ 0.83 | $ 26.35 |
| 1815594 | 05/22/08 | 06/01/08 | 05/22/08 | $ 274.25 | $ 274.25 | $ 250.22 | 65 | $ 8.02 | $ 258.24 | $ 24.03 | $ 0.77 | $ 24.80 |
| 1816421 | 05/23/08 | 06/02/08 | 05/23/08 | $ 97.25 | $ 136.65 | $ 136.65 | 64 | $ 4.31 | $ 140.96 | $ - | $ - | $ - |
| 1817026 | 05/23/08 | 06/02/08 | 05/23/08 | $ 33.10 | $ 33.10 | $ 33.10 | 64 | $ 1.04 | $ 34.14 | $ - | $ - | $ - |
| 1817106 | 05/24/08 | 06/03/08 | 05/24/08 | $ 733.04 | $ 733.04 | $ 583.00 | 63 | $ 18.11 | $ 601.11 | $ 150.04 | $ 4.66 | $ 154.70 |
| 1817947 | 05/27/08 | 06/06/08 | 05/27/08 | $ 305.59 | $ 305.59 | $ 305.59 | 60 | $ 9.04 | $ 314.63 | $ - | $ - | $ - |
| 1819011 | 05/29/08 | 06/08/08 | 05/29/08 | $ 296.82 | $ 296.82 | $ 258.34 | 58 | $ 7.39 | $ 265.73 | $ 38.48 | $ 1.10 | $ 39.58 |
| 1820535 | 05/31/08 | 06/10/08 | 05/31/08 | $ 569.32 | $ 569.32 | $ 569.32 | 56 | $ 15.72 | $ 585.04 | $ - | $ - | $ - |
| 1821172 | 05/31/08 | 06/10/08 | 05/31/08 | $ 276.05 | $ 276.05 | $ 276.05 | 56 | $ 7.62 | $ 283.67 | $ - | $ - | $ - |
| 1821314 | 06/03/08 | 06/13/08 | 06/03/08 | $ 261.46 | $ 261.46 | $ 261.46 | 53 | $ 6.83 | $ 268.29 | $ - | $ - | $ - |
| 1821943 | 06/03/08 | 06/13/08 | 06/03/08 | $ 388.72 | $ 388.72 | $ 388.72 | 53 | $ 10.16 | $ 398.88 | $ - | $ - | $ - |
| 1822584 | 06/04/08 | 06/14/08 | 06/04/08 | $ 217.62 | $ 217.62 | $ 154.63 | 52 | $ 3.97 | $ 158.60 | $ 62.99 | $ 1.62 | $ 64.61 |
| 1824089 | 06/06/08 | 06/16/08 | 06/06/08 | $ 433.73 | $ 433.73 | $ 355.01 | 50 | $ 8.75 | $ 363.76 | $ 78.72 | $ 1.94 | $ 80.66 |
| 1824852 | 06/06/08 | 06/16/08 | 06/06/08 | $ 104.55 | $ 104.55 | $ 104.55 | 50 | $ 2.58 | $ 107.13 | $ - | $ - | $ - |
| 1824976 | 06/07/08 | 06/17/08 | 06/07/08 | $ 657.51 | $ 657.51 | $ 605.73 | 49 | $ 14.64 | $ 620.37 | $ 51.78 | $ 1.25 | $ 53.03 |
| 1826926 | 06/11/08 | 06/21/08 | 06/11/08 | $ 394.73 | $ 394.73 | $ 356.25 | 45 | $ 7.91 | $ 364.16 | $ 38.48 | $ 0.85 | $ 39.33 |
| 1828516 | 06/13/08 | 06/23/08 | 06/13/08 | $ 648.49 | $ 648.49 | $ 632.56 | 43 | $ 13.41 | $ 645.97 | $ 15.93 | $ 0.34 | $ 16.27 |
| 1829336 | 06/14/08 | 06/24/08 | 06/14/08 | $ 253.43 | $ 253.43 | $ 250.12 | 42 | $ 5.18 | $ 255.30 | $ 3.31 | $ 0.07 | $ 3.38 |
| 1829879 | 06/14/08 | 06/24/08 | 06/14/08 | $ 111.15 | $ 111.15 | $ 44.15 | 42 | $ 0.91 | $ 45.06 | $ 67.00 | $ 1.39 | $ 68.39 |
| 1829925 | 06/14/08 | 06/24/08 | 06/14/08 | $ 115.15 | $ 115.15 | $ 115.15 | 42 | $ 2.39 | $ 117.54 | $ - | $ - | $ - |
| Collection Costs** | | | | | | | | | $ 8,000.00 | | | |
| | | | | $ 43,065.12 | $ 43,014.40 | $ 36,966.03 | | $ 2,223.20 | $ 47,189.23 | $ 6,048.37 | $ 373.93 | $ 6,422.30 |
| **PACA TRUST and UNSECURED** | | | | | | | | | | | | $ 53,611.53 |

*Interes as of the date listed above.
**Estimated collection costs. Collection costs are per the parties' contracts and covered by PACA as sums in connection with qualified produce transactions