## United States District Court for the Northern District of Illinois

Case Number: 08CV4810  Assigned/Issued By: DAJ

Judge Name: LINDBERG  Designated Magistrate Judge: ASHMAN

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00   Receipt #: 3044610

Date Payment Rec'd: 08/22/08   Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
         (Type of Writ)

8 Original and 0 copies on 08/22/08 as to DEF'S. _____
                            (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05