**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TESTA PRODUCE, INC., an Illinois Corporation<br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>1204 N. STATE PARKWAY CORP. d/b/a P. J. CLARKE'S, INC., et al.,<br>　　　　　　　　　　Defendants. | )<br>)  Case No.  08-cv-4810<br>)<br>)<br>)  Judge Lindberg<br>)<br>)  Magistrate Judge Ashman<br>) |

**NOTICE OF DISMISSAL AS TO DEFENDANT TERRY NEWMAN, ONLY**

Plaintiff Testa Produce, Inc. voluntarily dismisses without prejudice Defendant Terry Newman, individually.  Plaintiff's claims against all other Defendants remain to be determined.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　TESTA PRODUCE, INC.

　　　　　　　　　　　　　　　　　　By: s/Gretchen Wehrenberg Stewart
　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

　　　　　　　　　　　　　　　　　　Gretchen Wehrenberg Stewart, Esq.
　　　　　　　　　　　　　　　　　　ADELMAN LAW OFFICES, P.C.
　　　　　　　　　　　　　　　　　　1901 N. Roselle Road, Suite 800
　　　　　　　　　　　　　　　　　　Schaumburg, IL 60195
　　　　　　　　　　　　　　　　　　Tel: 847/301-4341
　　　　　　　　　　　　　　　　　　Fax: 847/301-4342
　　　　　　　　　　　　　　　　　　stewart@pacaenforcer.com