## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TESTA PRODUCE, INC., an Illinois Corporation </br>　　　　　　　　　Plaintiff, </br>　　v. </br> </br> 1204 N. STATE PARKWAY CORP. d/b/a P. J. CLARKE'S, INC., et al., </br>　　　　　　　　　Defendants. | ) </br> ) Case No. 08-cv-4810 </br> ) </br> ) Judge Lindberg </br> ) </br> ) Magistrate Judge Ashman </br> ) |

### NOTICE OF FILING

　　Please take note that on **September 5, 2008**, I caused to be filed with the Clerk of the Court for the Northern District of Illinois, this **Notice of Filing** and the attached **Notice of Dismissal.**

　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　TESTA PRODUCE, INC.

　　　　　　　　　　　By: s/Gretchen Wehrenberg Stewart
　　　　　　　　　　　　　One of Its Attorneys

　　　　　　　　　　　Gretchen Wehrenberg Stewart, Esq.
　　　　　　　　　　　ADELMAN LAW OFFICES, P.C.
　　　　　　　　　　　1901 N. Roselle Road, Suite 800
　　　　　　　　　　　Schaumburg, IL 60195
　　　　　　　　　　　Tel: 847/301-4341
　　　　　　　　　　　Fax: 847/301-4342
　　　　　　　　　　　stewart@pacaenforcer.com

CERTIFICATE OF SERVICE

    Copies of the foregoing Notice and attached pleading were filed on September 5, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, copies of this Notice and attached pleading were sent via U.S. mail, postage pre-paid, to the parties listed below.

                                     s/ Gretchen Wehrenberg Stewart
                                      Gretchen Wehrenberg Stewart

Michael Segal
1040 N. Lake Shore Dr., Apt. 32A
Chicago, IL 60611

Joy Segal
1040 N. Lake Shore Dr., Apt. 32A
Chicago, IL 60611

Jonathan Segal
331 W. Belden Ave., Apt. 3-W
Chicago, IL 60614

Terry Newman
180 E. Pearson St., Apt. 4003
Chicago, IL 60611

Mark Veselack
922 North Blvd., Apt. 707
Oak Park, IL 60301

1141 West Armitage LLC d/b/a
P. J. Clarke's III
c/o John C. Stiefel, registered agent
311 S. Wacker Dr., Ste. 3000
Chicago, IL 60606

1204 N. State Parkway Corporation d/b/a
P. J. Clarke's , Inc. and
302 E. Illinois St. , LLC d/b/a
P.J. Clarke's East
c/o Mark Veselack, registered agent
922 North Blvd., Apt. 707
Oak Park, IL 60301